*SenD-O*

**FILED**
**CLERK, U.S. DISTRICT COURT**

MAY 1 2 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  Case No.: 5. 14 MJ 00193 -
11                                )
            Plaintiff,            )  ORDER OF DETENTION PENDING
12                                )  FURTHER REVOCATION
        v.                        )  PROCEEDINGS
13                                )  (FED. R. CRIM. P. 32.1(a)(6); 18
    Constantino Lopez-Leon        )  U.S.C. § 3143(a)(1))
14                                )
            Defendant.            )
15  _____)

16       The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the __Southern__ District of
18  __Texas__ for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20       Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A.  (X)  The defendant has not met his/her burden of establishing by clear and
23           convincing evidence that he/she is not likely to flee if released under 18
24           U.S.C. § 3142(b) or (c). This finding is based on the following:
25           (X)  information in the Pretrial Services Report and Recommendation
26           (X)  information in the violation petition and report(s)
27           (X)  the defendant's nonobjection to detention at this time
28           ( )  other: _____

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s)
    (X) the defendant's nonobjection to detention at this time
    ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 12, 2014

                                            SHERI PYM
                                  United States Magistrate Judge